UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALBERTO INIGUEZ, ) <br> ) <br> Defendant. ) <br> ) | No. CR-12-2029-RHW-1 <br><br> ORDER MODIFYING <br> CONDITIONS OF RELEASE |

Before the court is Defendant's Motion to Modify Conditions of Release. Defendant is requesting the condition of GPS monitoring be lifted. Neither the United States nor U.S. Probation object to the request. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Remove GPS Monitoring Requirement is **GRANTED (Ct. Rec. 44)** and Defendant's GPS monitoring condition is lifted. All other release conditions remain in full effect.

DATED October 24, 2012.


　　　　　　　　　　　　S/ JAMES P. HUTTON
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING CONDITIONS OF RELEASE - 1